UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |

-----------------------------------------------------X          21-CV-10721 JPC

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated       BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Skylind McCloud
BANKRUPTCY DOCUMENT #: 9581

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    _X_   FRBP 8009
    ___   Federal Rules of Civil Procedure (Rule _____)
    _X_   28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___   Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **June 30, 2022**       Vito Genna, Clerk
         New York, New York       U.S. Bankruptcy Court, SDNY

                                              By:   _s/ Anatin Rouzeau_
                                                  Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____ July 1 _____ 20 22       _____
        New York, New York       Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____       Ruby J. Krajick , Clerk
                                                  District Court, SDNY

                                                  By:  _____
                                                                  Deputy Clerk